IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EDMUNDO GUERRERO | § | |
|     Plaintiff, | § | |
| v. | § | CAUSE NO. EP-11-CV-0449-KC |
| TOTAL RENAL CARE, INC | § | |
| D/B/A DA VITA A/K/A SIERRA MOBILE | § | |
| ACUTE DIALYSIS SERVICES | § | |
|     Defendant | § | |

### PLAINTIFF'S RULE CV-16 DISCLOSURES

Plaintiff EDMUNDO GUERRERO ("MR. GUERRERO" and "EMPLOYEE GUERRERO) makes the following disclosures pursuant to local rule CV-16.

SIGNED on this 31st day of May 2013.

                                                Respectfully submitted,

                                                **CHAVEZ LAW FIRM**
                                                2101 N. Stanton Street
                                                El Paso, Texas 79902
                                                (915) 351-7772
                                                (915) 351-7773 facsimile

By:        _/s/Enrique Chavez, Jr._
                      Enrique Chavez, Jr.
                      State Bar No.: 24001873
                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2012, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                /s/ Enrique Chavez, Jr.
                Enrique Chavez, Jr.

Ramirez/rule cv-16 disclosures

## I.  A list of questions the party desires the Court to ask prospective Jurors.

1. This is a suit for retaliatory termination of employment case where Employee Guerrero, the plaintiff in this case, being was be retaliated against for engaging in activity protected under the False Claims Act ("FCA").  Additionally, Employee Guerrero complained to his immediate supervisor, Victor Tapia, that another TRCI employee was committing Medicare/Medicaid fraud, proving that Employee Guerrero had at least a reasonable belief that the practice was unlawful under the False Claims Act ("FCA").  Do any of you know anything about the facts of this case through either personal knowledge or the media?

2. Do you understand that this is a civil case?  This means that it is a civil dispute rather than a criminal prosecution.  Therefore, the burden of proof is less than if it were to be a criminal prosecution.

3. In a civil case, the Employee Guerrero need only prove his case by a preponderance of the evidence.  Is there anyone who believes or thinks that he should prove his case by something more, such as beyond a reasonable doubt, please raise your hand?

4. Litigants are entitled to have their case heard by a jury that is fair and impartial. Does anyone have any strong feelings about "law suit" abuse or the media's characterization of an "insurance crisis"?  Please raise your hand?  What are those feelings?  [If anyone speaks up,] does anyone else agree?

5. Is anyone here a member of an organization that pertains to the justice system or seeks to reform or modify the justice system?

6. Has anyone here worked for an insurance company?  In what capacity?  When, how long ago, and where?

7. Does anyone here have a close relative, e.g. spouse, parent or sibling who has worked for an insurance company?  In what capacity?  When, how long ago and where?

8. Has anyone worked for TOTAL RENAL CARE, INC.?  Who, when and how long ago, and where?

9. Does anyone own stock in TOTAL RENAL CARE, INC.?  Does anyone have a close family member or friend who owns stock in TOTAL RENAL CARE, INC.?

10. Does anyone have relatives or friends who have worked for TOTAL RENAL CARE, INC.?  Who, when and how long ago and where?

11. Has anyone worked with a Human Resources Department at any TOTAL RENAL CARE, INC. similar to TOTAL RENAL CARE, INC.?  When, how long ago and where?

12. Has anyone worked for any company as a Manager or in Human Resources?

13. Is anyone a Manager or in Human Resources, in any capacity now?  With whom?

14. Has anyone experienced any discrimination or retaliation for engaging in activity protected under the False Claims Act ("FCA")?  Where, when and how long ago?

15. Has anyone been a defendant in a civil suit?  Is the case still pending?  What were/are the allegations?

16. Does anyone have a problem with the idea of personal injury lawsuits?  Why?  Does anyone agree?

17. Does anyone have a problem with being able to award a large sum of money, even if the evidence and the circumstances justify such an award?  Why?  Does anyone agree?

18. Is there any matter than anyone would like to discuss privately that may bear on one's ability to serve as a juror in this case?

19. If TOTAL RENAL CARE, INC does not admit that they retaliated against Employee Guerrero, will anyone hold that against my client?  Or prevent you from finding there was retaliation if there is no admission by TOTAL RENAL CARE, INC?

20. How many of you think that the company's human resources personnel protect the company rather than the employee?

21. Does anyone believe that human resources managers are more credible or believable than other employees just because they're in human resources?

22. Does anyone believe that TOTAL RENAL CARE, INC managers are more credible or believable than other employees just because they're in management?

23. Do any of you have family members or friends who have been wrongfully terminated by a company and the company just tried to cover it up.

24. Do any of you have family members or friends who were fired and the company just made up allegations or documents to try to justify the termination?

25. How many of you AGREE with this statement:  Lawyers play an unproductive and harmful role in our society and lawsuits hurt our economy?

26. Which of you DISAGREE with this statement:  Lawyers play a productive and necessary role in our society and that they are effective in protecting the rights of people and those who have been harmed?

## II.  A statement of the party's claims to be used in conducting voir dire.

This is a suit for retaliatory termination of employment. Employee Guerrero, the plaintiff in this case, being was be retaliated against for engaging in activity protected under the False Claims Act ("FCA").  Additionally, Employee Guerrero complained to his immediate supervisor, Victor Tapia, that another TRCI employee was committing Medicare/Medicaid fraud, proving that Employee Guerrero had at least a reasonable belief that the practice was unlawful under the False Claims Act ("FCA").  Further, Employee Guerrero was terminated after complaining to his immediate supervisor, Victor Tapia, that another TRCI employee was committing Medicare/Medicaid fraud.

## III.  A List of Proposed Stipulated Facts.

1.  Employee Guerrero was an eligible employee as he was engaging in activity protected under the False Claims Act ("FCA") pursuant to §3730.

2.  Employee Guerrero is also an "individual" entitled to be free from retaliation as set out in §3730 under the False Claims Act ("FCA").

## IV.     An appropriate identification of each exhibit
### A.  Exhibits which Plaintiff expects to offer:

| Plaintiff's Trial Exhibit List | | | | |
|---|---|---|---|---|
| No. | Exhibit | Offered | Admitted | Source |
| 1 | 38th National Symposium Advocacy Through Leadership | | | Guerrero 01- Guerrero343 |
| 2 | Davita Code of Conduct | | | Guerrero 344-Guerrero 362 |
| 3 | Davita Teammate Guidelines Effective Date 01-01-2009 | | | Guerrero 363-Guerrero 510 |
| 4 | Escreen Epassport | | | Guerrero 511 |
| 5 | Concentra Authorization for Examination or Treatment | | | Guerrero 512 |
| 6 | W-2's for 2006 through 2011 | | | Guerrero 513-Guerrero 514 |
| 7 | Texas Workforce Commission Notice of Telephone Hearing | | | Guerrero 515-Guerrero 546 |
| 8 | Form 1099-G from Texas Workforce Commission for Edmundo Guerrero | | | Guerrero 547 |
| 9 | Plaintiff's Paycheck Stubs from El Paso Specialty Hospital, LTD | | | Guerrero 548-Guerrero 557 |
| 10 | List of Job Searches | | | Guerrero 558 |
| 11 | TWC Appeal Tribunal | | | Guerrero 559-Guerrero 561 |
| 12 | TWC Appeal Tribunal | | | Guerrero 562-Guerrero 565 |
| 13 | TWC Notice of Telephone Hearing | | | Guerrero 566-Guerrero 586 |
| 14 | Email from Francisco Gamez re: Edmundo Guerrero dated 08-30-2011 | | | Guerrero 587 |
| 15 | Email from Christine Veloz re:a Teammate | | | Guerrero 588-Guerrero 590 |

Guerrero/rule cv-16 disclosures

|    |                                                                                         |   |   |                             |
|----|-----------------------------------------------------------------------------------------|---|---|-----------------------------|
|    | Issue dated 08-03-2011                                                                  |   |   |                             |
| 16 | Email from Francisco Gamez and Victor Tapia re: Edmundo Guerrero dated 08-30-2011       |   |   | Guerrero 591                |
| 17 | Edmundo Guerrero's Paycheck stub                                                        |   |   | Guerrero 592                |
| 18 | Acutes Personal E-Mail Addresses                                                        |   |   | Guerrero 593-Guerrero 595   |
| 19 | Email from George Zermeno subject Homeroom dated 05-12-2011                             |   |   | Guerrero 596-Guerrero 597   |
| 20 | Procedure Review and Annual Skills Assessment Acutes for DaVita, Inc.                   |   |   | Guerrero 598-Guerrero 599   |
| 21 | Procedure Review and Annual Skills Assessment Acutes-Peritoneal Dialysis for DaVita, Inc. |   |   | Guerrero 600                |
| 22 | Procedure Review and Annual Skills Assessment Acutes for DaVita, Inc.                   |   |   | Guerrero 601-Guerrero 602   |
| 23 | Acuters Services Policy and Procedure Manual, #1 DaVita, Inc.                           |   |   | Guerrero 603-Guerrero 613   |
| 24 | Acute Daily Paper Timesheet                                                             |   |   | Guerrero 614                |
| 25 | Physicians Orders                                                                       |   |   | Guerrero 615-Guerrero 616   |
| 26 | Teammate Handbook                                                                       |   |   | Guerrero 617-Guerrero 659   |
| 27 | Plan.Save.Retire DaVita Retirement Savings Plan                                         |   |   | Guerrero 660-Guerrero 670   |
| 28 | Edmundo Guerrero's W-2's from 2005-2012                                                 |   |   | Guerrero 671-Guerrero 674   |
| 29 | TWC Notice of Telephone Hearing date Mailed 02-03-2012                                  |   |   |                             |
| 30 | TWC Notice of Telephone Hearing date Mailed 01-12-2012                                  |   |   |                             |
| 31 | Correspondence dated 12-23-2011 to TWC re: Edmundo Guerrero                             |   |   |                             |
| 32 | Davita's letter of termination dated 08-30-2011 to Edmundo Guerrero                     |   |   |                             |
| 33 | TWC Notice of Telephone Hearing dated Mailed 10-27-2011                                 |   |   |                             |
| 34 | DaVita Corrective Action Form for signed on 09-24-2009                                  |   |   | TRC00001-TRC00003           |
| 35 | Verbal Warning given to Plaintiff                                                       |   |   | TRC00004-TRC00005           |
| 36 | Verbal Warning Discussion Notes                                                         |   |   | TRC00006-TRC00008           |
| 37 | Performance Management Plan for Edmundo Guerrero                                        |   |   | TRC00009                    |
| 38 | Memo from Edmundo Guerrero dated 08-30-2005                                             |   |   | TRC00010                    |
| 39 | Copy of Plaintiff's Social Security Card and Driver's License                           |   |   | TRC00011                    |
| 40 | DaVita's Annual Performance Evaluation dated 02-21-2010                                 |   |   | TRC 00012-TRC00020          |
| 41 | Authorization to Release Documents to Hospitals executed by Edmundo Guerrero            |   |   | TRC00021                    |
| 42 | Test for Color Blindness to Edmundo Guerrero dated 01-25-05                             |   |   | TRC00022                    |
| 44 | Final Report from Total Renal Laboratories re: Edmundo Guerrero                         |   |   | TRC00023-TRC00029           |
| 45 | Physicians Hospital Consent for Hepatitis Vaccine for Edmundo Guerrero                  |   |   | TRC 00030                   |

Ramirez/rule cv-16 disclosures

| | | | |
|---|---|---|---|
| 46 | Chest Exams results from RE Medi Associates re: Edmundo Guerrero | | TRC00031 |
| 47 | DaVita TB Skin Test Refusal Form | | TRC00032-TRC00034 |
| 48 | Chest Exams results from RE Medi Associates re: Edmundo Guerrero | | TRC00035-TRC00037 |
| 49 | DaVita TB Skin Test Refusal Form | | TRC00038 |
| 50 | DaVita Corrective Action Form for signed 08-30-2011 | | TRC00040-TRC00047 |
| 51 | Correspondence dated 08-30-2005 fr Edmundo Guerrero | | TRC00048 |
| 52 | Email from Francisco Gamez re: Edmur Guerrero dated 08-27-2011 | | TRC00049-TRC00050 |
| 53 | Verbal Warning Discussion Notes re: Edmur Guerrero | | TRC00051-TRC00052 |
| 54 | Performance Management Plan for Edmur Guerrero | | TRC00053 |
| 55 | DaVita Corrective Action Form for signed 09-24-2009 | | TRC00054-TRC00056 |
| 56 | Davita Payroll Manual Check Request | | TRC00057 |
| 57 | DaVita 2008 Paid Time off Cashout Request Edmundo Guerrero | | TRC00058 |
| 58 | DaVita 2007 Paid Time off Cashout Request Edmundo Guerrero | | TRC00059 |
| 59 | DaVita Teammate Referral Bonus Claim For | | TRC00060 |
| 60 | DaVita Personnel Change Notice re: Edmur Guerrero | | TRC00061-TRC00073 |
| 61 | Fax Cover Sheet from Christine Veloz Connie Collins dated 07-13-2010 | | TRC00074 |
| 62 | DaVita Personnel Change Notice re: Edmur Guerrero | | TRC00075-TRC00082 |
| 63 | DaVita Benefits Enrollment Summary | | TRC00083 |
| 64 | DaVita Job Description for Acute Dialy Registered Nurse | | TRC00084-TRC00095 |
| 65 | DaVita Job Description for Acute Registe Nurse | | TRC00096-TRC00099 |
| 66 | DaVita Performance Appraisal date 02-21-20 | | TRC000100-TRC00102 |
| 67 | DaVita Performance Appraisal date 03-20-20 | | TRC000103-TRC00105 |
| 68 | DaVita Performance Appraisal date 03-22-20 | | TRC00106-TRC00109 |
| 69 | DaVita Performance Appraisal date 03-21-20 | | TRC00110-TRC00112 |
| 70 | DaVita Personnel Change Notice re: Edmur Guerrero | | TRC00113-TRC00116 |
| 71 | DaVita Disclosure Authorization Release Information dated 1-14-05 | | TRC00117 |
| 72 | Pre-Employment Drug Test | | TRC00118 |
| 73 | Teammate Acknowledgment | | TRC00119 |
| 74 | Report for DaVita Inc. re: Edmundo Guerrerc | | TRC00120-TRC000121 |
| 75 | DaVita confirmation of background check Edmundo Guerrero | | TRC00122-TRC000123 |
| 76 | DaVita Application Verification | | TRC00124-TRC00126 |
| 77 | DaVita Application for Employment | | TRC00127-TRC00129 |
| 78 | Resume for Edmundo Guerrero | | TRC00130-TRC00134 |

Guerrero/rule cv-16 disclosures

| | | | |
|---|---|---|---|
| 79 | Total Renal Care Inc. Biographic Information | | TRC00135 |
| 80 | 2005 W-4 form for Edmundo Guerrero | | TRC00136 |
| 81 | Fax Cover Sheet from Christine Veloz to Ju... dated 02-11-2005 | | TRC00137 |
| 82 | Email from Timo Briffa dated 09-23-2005 | | TRC00138 |
| 83 | Interoffice Memorandum dated 10-27-2005 | | TRC00139 |
| 84 | DaVita Teammate Acknowledgement | | TRC00140 |
| 85 | Interroffice Memo dated 10-26-2005 | | TRC00141 |
| 86 | Sierra Providence Health Netw... License/Certification Verification form | | TRC00142-TRC00143 |
| 87 | Correspondence by Management to staff | | TRC00144 |
| 88 | Memo from Victor Tapia to all Ac... Teammates dated 04-20-2006 | | TRC00145 |
| 89 | Fax Cover Sheet from Christine Veloz to Y... dated 01-27-2005 | | TRC00146 |
| 90 | DaVita Job Description for Acute Registe... Nurse | | TRC00147-TRC00153 |
| 91 | Beneficiary Designation | | TRC00154-TRC00155 |
| 92 | handwritten letter from Edmundo Guerrero | | TRC00156 |
| 93 | Fax Cover Sheet from Christine Veloz... Rosalia Olson dated 4-11-2005 | | TRC00157-TRC00158 |
| 94 | Annual Performance Evaluation dated 02-... 2006 re: Edmundo Guerero | | TRC00159 |
| 95 | DaVita Certificate given to Edmundo Guerrer... | | TRC00160-TRC00163 |
| 96 | Transcript for Edmundo Guerrero | | TRC00164-TRC00168 |
| 97 | Procedure Review and Annual Sk... Assessment Acutes for DaVita, Inc. | | TRC00169-TRC00172 |
| 98 | Employee Acknowledgment | | TRC00173 |
| 99 | 2006 Ethics and Compliance General Train... Attestation Form | | TRC00174 |
| 100 | Sierra Providence Health Network Accu-Ch... Inform Hospital Glucose Monitoring Syst... Competency Checklist | | TRC00175-TRC00184 |
| 101 | Test your knowledge | | TRC00187 |
| 102 | One For All-New Teammate Orientat... Checklist | | TRC00188-TRC00276 |
| 103 | DaVita's Compliance Requirements | | TRC00277 |
| 104 | Fraud Prevention and Detection | | TRC00278 |
| 105 | Drug Test Results from Labcorp to DaVita... Edmundo Guerrero | | TRC00279 |
| 106 | DaVita Personnel Change Notice re: Edmu... Guerrero | | TRC00280 |
| 106 | Certificates of Completion along w... Transcript | | TRC00281-TRC00318 |
| 107 | DaVita Certification of Competency | | TRC00319- |
| 108 | Sierra Providence Health Netw... Reorientation Checklist 2008 | | TRC00320 |
| 109 | Ethics and Compliance General Initial Train... Attestation for | | TRC00321 |
| 110 | 2009 Thomason Mandatories | | TRC00322-TRC00336 |
| 111 | Transcript for Edmundo Guerrero | | TRC00337-TRC00363 |

Ramirez/rule cv-16 disclosures

| 112 | Procedure Review and Annual Sk[ill] Assessment Acutes for DaVita, Inc. | | | TRC00364-TRC00371 |
|---|---|---|---|---|
| 113 | Sierra Providence Health Network Post Test | | | TRC00372-TRC00377 |
| 114 | DaVita Annual Water System Test | | | TRC00378-TRC00379 |
| 115 | Learning Activities Detail | | | TRC00380 |
| 116 | Sierra Providence Health Network Accu-Ch[ek] Inform Hospital Glucose Monitoring Syst[em] Competency Checklist | | | TRC00381-TRC00384 |
| 117 | Tenet HEX Contractors Completed Activi[ty] Report | | | TRC00385 |
| 118 | Procedure Review and Annual Sk[ill] Assessment Acutes for DaVita, Inc. | | | TRC00386-TRC00392 |
| 119 | Sierra Providence Health Network Post Test | | | TRC00393-TRC396 |
| 120 | DaVita Teammate Referral Bonus Claim For[m] | | | TRC00397-TRC00422 |
| 121 | Acute Services Policy & Procedures Manual | | | TRC 00890 |
| 122 | SMADS Guidelines | | | TRC00885-TRC00889 |
| 123 | Employee Earnings Record for Edmu[ndo] Guerrero | | | TRC00423-TRC00520 |
| 124 | TWC Notice of Application for Uneploy[ment] benefits dated 09-09-2011 | | | TRC00521-TRC00618 |
| 125 | Davita Code of Conduct | | | TRC00619-TRC00637 |
| 126 | Davita Teammate Guidelines Effective Date 01-2009 | | | TRC00638-TRC00785 |
| 127 | Chain of Emails re: Picnic | | | TRC00786 |
| 128 | Emails re: Las Cruces Charges and Hosp[ital] Invoice for Billing | | | TRC00787 |
| 129 | Email from Edmundo Guerrero to Christ[ine] Veloz dated 08-04-2011 | | | TRC00788-TRC00797 |
| 130 | Email from Edmundo Guerrero to Christ[ine] Veloz dated 08-07-2011 | | | TRC00798-TRC00799 |
| 131 | Chain of Emails dated 08-11-2011 | | | TRC00800-TRC00802 |
| 132 | Email from Francisco Gamez to Victor Ta[] dated 08-15-2011 | | | TRC00803-TRC00804 |
| 133 | Email from Christine Veloz re: Davita on C[all] Schedule | | | TRC00805-TRC00806 |
| 134 | Email from Edmundo Guerrero dated 08-[] 2011 | | | TRC00807 |
| 135 | Email from Francisco Gamez to Darren P[ratt] dated 08-27-2011 | | | TRC00808 |
| 136 | Email From Darren Pratt dated 08-27-2011 | | | TRC00809 |
| 137 | Email from Francisco Gamez re: Edmu[ndo] Guerrero dated 08-27-2011 | | | TRC00810-TRC00811 |
| 138 | DaVita Corrective Action Form for signed 09-24-2009 | | | TRC00812-TRC00814 |
| 139 | Email from Edmundo Guerrero HOMEROOM;LAS CRUCES | | | TRC00815-TRC00816 |
| 140 | Email from Edmundo Guerrero re: Pay[roll] Finals dated 08-22-2011 | | | TRC00817 |
| 141 | Email from Francisco Gamez dated 08-28-2[011] re: Final Warning to Edmundo Guerrero | | | TRC00818-TRC00821 |
| 142 | Email from Francisco Gamez re: Edmu[ndo] Guerrero dated 08-28, 2011 | | | TRC00822-TRC00826 |

Guerrero/rule cv-16 disclosures

| 143 | DaVita For letter re: Termination | | | TRC00827 |
|---|---|---|---|---|
| 144 | Chain of Emails re: Recommendation Termination | | | TRC00828-TRC00856 |
| 145 | Email from Christine Veloz dated 08-30-20 re: Edmundo Guerrero | | | TRC00857-TRC00861 |
| 146 | Email from Christine Veloz dated 08-30-20 re: Teammate Issue | | | TRC00862-TRC00864 |
| 147 | Notes from Todd Prescott | | | TRC00866 |
| 148 | Email from Hannah Lee along with attachme dated 08-30-2011 | | | TRC00867-TRC00877 |
| 149 | Email from Hannah Lee along with attachme dated 08-30-2011 | | | TRC00878-TRC00883 |
| 150 | Email from Hannah Lee dated 08-30-2011 Termination | | | TRC00884 |
| 151 | Deposition of Timo Briffa | | | |
| 152 | Deposition of Francisco A. Gamez | | | |
| 153 | Deposition of Victor M. Tapia | | | |
| 154 | Deposition of Edmundo Guerrero | | | |
| 155 | Deposition of John R. Molina | | | |
| 156 | Declaration of Victor Tapia | | | |
| 157 | Declaration of Teresa Isaacs | | | |
| 158 | News Article from CNN re: DaVita Medicare Fraud | | | Exhibit I in Plaintiff's Reply Defendant Total Renal Care In Response to Plaintiff's Motion Summary Judgment |
| 159 | Any and all exhibits from Defendant | | | |

**V.     Witness list:**

Plaintiff expects to present the following witnesses:
**EDMUNDO GUERRERO, JR.**
4405 Loma Suave Lane
El Paso, TX 34(915) 757-4970
c/o
Enrique Chavez, Jr.
Chavez Law Firm
2101 N. Stanton Street
El Paso, TX 79925
(915) 351-7772

**TOTAL RENAL CARE, INC. D/B/A DAVITA A/K/A SIERRA MOBILE ACUTE DIALYSIS SERVICES,** its agents, employees and custodian of records
Timo Briffa, Clinical Coordinator
Victor Tapia, Director
Hector Alba, Registered Nurse
John Molina, RN
c/o
Laura E. O'Donnell
State Bar No. 00797477
Lawrence Morales II

Ramirez/rule cv-16 disclosures

State Bar No. 24051077
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450
Defendant

Plaintiff may call the following witnesses but does not expect to at this time:

**TOTAL RENAL CARE, INC. D/B/A DAVITA A/K/A SIERRA MOBILE ACUTE DIALYSIS SERVICES,** its agents, employees and custodian of records
Patrick Leyva
Frank Gamez, RN, Acute Clinical Coordinator
Carlos Barrios
Eduardo Delgado
Christine Veloz, Acute Program Office Manager
Miguel Pena
Patricia Palacios
Patricia Johnson
Carlos Montoya
Raul Jimenez
George Zermeno
Kara Munro
Minerva Gamez
Terri Andrade
Mario Terrazas
Frank Contreras
Alfonso Orenday
Darren Pratt
Jose Chavez
Todd Prescott
Rose Ramirez
Eddie Morales
c/o
Laura E. O'Donnell
State Bar No. 00797477
Lawrence Morales II
State Bar No. 24051077
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450
Defendant

Hannah Lee


Guerrero/rule cv-16 disclosures

16110 Martingale Drive West
Parker, Colorado 80134
Designated by Defendant as to have having knowledge of Plaintiff termination.

Jorge Perez
6146 Twilight View
El Paso, Texas 79932
915-346-3549
Patient who was treated by Plaintiff and has knowledge of Plaintiff's performance

El Paso Children's Hospital, its agents, employees and custodian of records
Elias Armendariz
4845 Alameda Ave.
El Paso, Texas 79905
Designated by Defendant as to having knowledge as to issue leading to Plaintiff's Termination

Sierra Medical Center, its agents, employees and custodian of records
Yolanda Melendez
1625 Medical Center Street
El Paso, Texas 79902
915-747-4000
Designated by Defendant as to having knowledge as to issues leading to Plaintiff's Termination

Kindred Hospital El Paso, its agents, employees and custodian of records
Larry Cabrera
1740 Curie Drive
El Paso, Texas 79902
915-351-9044
Designated by Defendant as to having knowledge as to issues leading to Plaintiff's Termination

University Medical Center of El Paso f/k/a Thomason Memorial Hospital, its agents, employees and custodian of records
Gloria Vasquez
Danny Vallejo
Gil Blancas
Irma Estrada
4815 Alameda Ave.
El Paso, Texas 79902
915-521-7950
Designated by Defendant as to having knowledge in regards Plaintiff's job performance

Tenet Providence Health System, its agents, employees and custodian of records
Elizabeth Macias
2001 North Oregon

El Paso, Texas 79902
Designated by Defendant unknown to Plaintiff as to the knowledge she may or may not have

Surgical Center of El Paso, its agents, employees and custodian of records
Lizette Runnels , Director of Human Resources
Irma Rosas,
1815 North Stanton Street
El Paso, Texas 79902
512-544-0147
Designated by Defendant as to having knowledge in regards Plaintiff's job performance

Providence Memorial Hospital, its agents, employees and custodian of records
Teresa Isaacs
Mark Thomasson, Chief Human Resources Officer
Ken Massey
Sue Staley
Gloria Barrientos
Carolyn Prentice
2001 N. Oregon St.
El Paso, Texas 79902
915-577-6011
Designated by Defendant as to having knowledge in regards Plaintiff's job performance
El Paso Specialty Hospital, its agents, employees and custodian of records
Norma Oaxaco, Director of Human Resources
Debbie Childers
1755 Curie Drive, Suite A
El Paso, Texas 79902
915-534-1051
Designated by Defendant as to having knowledge in regards Plaintiff's job performance

Endoscopy Center of El Paso, its agents, employees and custodian of records
Ruth Meglar
1300 Murchison Dr., Suite 180
El Paso, Texas 79902
915-613-0811
Designated by Defendant as to having knowledge in regards Plaintiff's job performance

Texas Workforce Commission
Appeal Tribunal
TWC Building
101 E. 15th St., Rm. 410 Main
Austin, Texas 78778

Expert Witnesses:

Enrique Moreno, 701 Magoffin Ave., El Paso, Texas  79901, (915) 533-9977

Guerrero/rule cv-16 disclosures

George Andritsos, 3116 Montana, El Paso, Texas 79902, (915) 566-9995

John Wenke, 501 E. California, El Paso, Texas 79902, (915) 351-8877

Francisco Dominguez, 2515 N. Stanton, El Paso, Texas 79902, (915) 532-5544

Enrique Chavez, Jr., 2101 N. Stanton, El Paso, Texas 79902, (915) 351-7772

Should the Plaintiff prevail, the above-named experts may testify as to their education, experience, and training as attorneys, and may testify as to the reasonableness and necessity of attorney's fees in this case.

## VI.     Expected or Possible Witnesses by Deposition

At this time, Plaintiff does not anticipate calling any witness by deposition.

## VII.    Proposed jury instructions and verdict forms

See Plaintiff's proposed jury instructions and verdict forms contemporaneously filed.

## IX.     Any motions in limine.

See Plaintiff's Motion in Limine filed contemporaneously.

## X.      An estimate of the probable length of trial:

Plaintiff estimates the trial will take 2 to 3 days.